AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| VALENTE LOPEZ<br>*Plaintiff*<br>v.<br>STATE OF WASHINGTON, COYOTE RIDGE CORRECTIONS CENTER, C/O BENNETT, C/O ALICIA, SGT SHARPELS, I-A UNIT and MEDICAL<br>*Defendant* | Civil Action No. 4:15-CV-05031-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Complaint Dismissed Without Prejudice

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Edward F. Shea   on a motion for   Voluntary Dismissal of Complaint

Date: 01/20/2016

CLERK OF COURT

SEAN F. McAVOY

*(By) Deputy Clerk*

s/Sean F. McAvoy